AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

UNITED STATES

v.

ANCELMO CASTILLO

APPEARANCE

CASE NUMBER: CR 06-69-OTT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANCELMO CASTILLO

I certify that I am admitted to practice in this court.

6/9/06
*Date*

Robert B. Mann
*Signature*


Robert MANN 0153
*Print Name* *Bar Number*

ONE TURKS HD PL. STE 610
*Address*

PROV RI 02903
*City* *State* *Zip Code*

351-5770 521-4305
*Phone Number* *Fax Number*


m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.