UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. CR 06-69-01T |
| | ) | |
| | ) | |
| ANCELMO CASTILLO | ) | |

**MOTION TO WITHDRAW**

Now comes Robert B. Mann and moves to withdraw as counsel for the defendant in the above captioned matter. Private counsel is expected to enter an entry of appearance. In support of said motion, the attached memorandum of law is submitted.

Counsel is authorized to state that there is no objection to this Motion by the government, represented by AUSA Sandra Beckner.

Neither oral argument and/or an evidentiary hearing is requested.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount.

There has been no previous delay related to the subject matter of this motion, which is excludable.

15

ANCELMO CASTILLO
By his Attorney

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Sandra Beckner at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office and Ancelmo Castillo at the Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863 on the 28th day of June, 2006.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. CR 06-69-01T |
| | ) | |
| | ) | |
| ANCELMO CASTILLO | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW**

Robert B. Mann has moved to withdraw as counsel for the defendant in the above captioned matter. In support of such motion, current counsel submits that he anticipates that the defendant will retain new counsel.

Generally speaking the defendant has the right to counsel of his choice. In this case, changing counsel at this early stage of the proceedings will not impede the schedule already established for this case.

ANCELMO CASTILLO
By his Attorney

Robert B. Mann

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Sandra Beckner at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office and Ancelmo Castillo at the Wyatt Detention Facility, 950 high Street, Central Falls, RI 02863 on the 28th day of June, 2006.