**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Case No. 1:06-cr-00069-T-LDA-1** |
| | : | |
| **ANCELMO A. CASTILLO** | : | **June 27, 2006** |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I, John F. Cicilline, enter my appearance as counsel in the above mentioned case.

John F. Cicilline, Esquire #0433
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
jfcicilline387@aol.com

**CERTIFICATION**

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to Sandra Beckner, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 28th day of June , 2006..