UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 28 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
V. ) Case No. CR 06-69-01T
)
)
ANCELMO CASTILLO )

**MOTION TO WITHDRAW**

Now comes Robert B. Mann and moves to withdraw as counsel for the defendant in the above captioned matter. Private counsel is expected to enter an entry of appearance. In support of said motion, the attached memorandum of law is submitted.

Counsel is authorized to state that there is no objection to this Motion by the government, represented by AUSA Sandra Beckner.

Neither oral argument and/or an evidentiary hearing is requested.

7/25/06: GRANTED. USMJ

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount.

There has been no previous delay related to the subject matter of this motion, which is excludable.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____
Ernest C. Torres, Chief Judge
Date: 7/20/06