UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 06-69-01T |
| | : | |
| ANCELMO CASTILLO | : | |

**REIMBURSEMENT ORDER**

Defendant previously was represented by CJA counsel based upon his Affidavit of indigence and representation that he had no funds available with which to retain counsel. It now appears that such funds became available to Defendant as he retained private counsel approximately three weeks after receiving CJA-appointed counsel. Therefore, it is hereby ORDERED that Defendant and his retained counsel reimburse the United States for the CJA payments made to Court-appointed counsel in the amount of $846.40.

ENTER: By Order

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
September 13, 2006

/s/ Jeannine Theall
Deputy Clerk