**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Case No. 1:06-cr-00069-T** |
| | : | |
| **ANCELMO A. CASTILLO** | : | **September 14, 2006** |

**MOTION FOR RECONSIDERATION**

Now comes counsel John F. Cicilline in the above-entitled cause and respectfully requests this court to reconsider the order of the Magistrate–Judge holding him liable for sums disbursed from the CJA fund.

Respectfully submitted,
Ancelmo A. Castillo,
By his attorney,

/s/ *JOHN F. CICILLINE*

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on September 14, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Case No. 1:06-cr-00069-T** |
| | : | |
| **ANCELMO A. CASTILLO** | : | **September 14, 2006** |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR RECONSIDERATION**

Counsel was retained by the defendant, but his fee is being paid by a third party. The defendant was indigent in the early days of his case and remains so today.

For this one time only, counsel will share with the court that he has thus far received $2,000.00 from the third party source.

The court has no right to take an action which would deprive a defendant of his chosen counsel, either by direct action or by the indirect policy of causing lawyers to withdraw from cases in which they will find themselves being fined for their representation. See United States v. Gonzalez-Lopez, US No. 05-352 (decided June 26, 2006).

If the court wishes to pursue this action it should at least afford counsel and the defendant, a pre-judgment hearing at which the financial facts can be explored. To do otherwise, results in violations of the defendants' Sixth Amendment right to counsel and the Fourteenth Amendment right due process.

Respectfully submitted,
Ancelmo Castillo,
By his attorney,

/s/ *JOHN F. CICILLINE*

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on September 14, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*