IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR: CR06-069-01T |
| | ) | In violation of 21 U.S.C.§§ 841(a)(1), |
| ANCELMO A. CASTILLO | ) | 846, and 18 U.S.C. § 2 |
| and | ) | |
| ROBERTO E. OLIVO | ) | |

## AMENDED INDICTMENT

The Grand Jury charges that:

### COUNT I

Beginning on or about December 1, 2005 and continuing until on or about May 27, 2006, in the District of Rhode Island, the defendants, ANCELMO A. CASTILLO, ROBERTO E. OLIVO and others known and unknown to the grand jury, did knowingly, intentionally and wilfully combine, conspire, confederate, and agree with each other to knowingly and intentionally distribute, and to possess with intent to distribute, one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A),

all in violation of 21 U.S.C. § 846.

COUNT II

On or about May 27, 2006, in the District of Rhode Island, the defendants, ANCELMO A. CASTILLO and ROBERTO E. OLIVO, did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance,

all in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) and 18 U.S.C. § 2.

A TRUE BILL:

Grand Jury Foreperson

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 10-13-06