**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Case No. 1:06-cr-00069-T** |
| | : | |
| **ANCELMO A. CASTILLO** | : | **February 13, 2007** |

## MOTION TO CONTINUE SENTENCING

Now comes the defendant Ancelmo Castillo in the above entitled cause and moves that his sentencing date be continued for sixty days so that he can complete his sentencing presentation.

Respectfully submitted,
Ancelmo A. Castillo,
By his attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I hereby certify that on February 13, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*