**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Case No. 1:06-cr-00069-T** |
| | : | |
| **ANCELMO A. CASTILLO** | : | **February 14, 2007** |

**MOTION**

Now comes counsel John F. Cicilline in the above-entitled cause and moves for an excusal from attendance at sessions before the United States District Court until some time after March 6, 2007, and for reason says that counsel has a planned vacation with his wife whom he has not seen since the new year.

Both counsel and defendant understand that this time is excludable under the Speedy Trial Act.

Respectfully submitted,
Ancelmo A. Castillo,
By his attorney,

/s/ *JOHN F. CICILLINE*

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on February 14, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*