**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **Case No. 1:06-cr-00069-T** |
| | : | |
| **ANCELMO CASTILLO** | : | **April 19, 2007** |

## NOTICE OF APPEAL

Notice is hereby given of the defendants Appeal from judgment of conviction entered as an order of this Court the 19th day of April 2007.

Respectfully submitted,
ANCELMO CASTILLO,
By his Attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I hereby certify that on April 19th, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*