**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **VS.** | **:** | **Case No. 1:06-cr-00069-T** |
| | **:** | |
| **ANCELMO CASTILLO** | **:** | **April 19, 2007** |

**MOTION TO WITHDRAW**

Now comes John F. Cicilline in the above-entitled cause and moves to withdraw as counsel for the defendant Ancelmo Castillo.

Respectfully submitted,
ANCELMO CASTILLO,
By his Attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on April 19th, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*