AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

United States of America v. Ancelmo Castillo

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-69-01T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Sandra Beckner, AUSA | John F. Cicilline, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| April 19, 2007 | Debra D. Lajoie | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/19/07 | | | W-1, Ancelmo Castillo |
| | A | 4/19/07 | X | FULL | DEA 302 |
| 1 | | 4/19/07 | X | FULL | Consent to Search Form and Statement of the Defendant |
| 2 | | 4/19/07 | X | FULL | U.S. Department of Justice, Drug Enforcement Agency Laboratory Report |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.