Case 1:06-cr-00069-T-LDA Document 62-1 Filed 05/03/2007 Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

May 3, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

07-1711

**RE:** ***CR06-69-01T USA v. ANCELMO A. CASTILLO***

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
Lucia Cristina Leyva
DEPUTY CLERK

U.S. COURT OF APPEALS
RECEIVED
MAY 08 2007
FOR THE FIRST CIRCUIT

ENCLOSED: Appeal Cover Letter, Appeal Cover Sheet, Notice of Appeal, Complete Case File, PSR(sealed), SOR(sealed), Certified Copy of Docket.