**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**
**:**
**VS. :** **Case No. 1:06-cr-00069-T**
**:**
**ANCELMO CASTILLO :** **April 19, 2007**

## MOTION TO WITHDRAW

Now comes John F. Cicilline in the above-entitled cause and moves to withdraw as counsel for the defendant Ancelmo Castillo.

Respectfully submitted,
ANCELMO CASTILLO,
By his Attorney,

/s/ *JOHN F. CICILLINE*

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

Denied without prejudice to being renewed if or when the Court of Appeals enters new counsel.

Ernest C. Torres

Ernest C. Torres, Sr. U.S. District Judge
May 15, 2007

## CERTIFICATION

I hereby certify that on April 19th, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*