**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 06-069T

ANCELMO CASTILLO

**ORDER**

Ancelmo Castillo's application to proceed in forma pauperis is DENIED without prejudice to renewing his motion accompanied by a certified prisoner account statement.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
U.S. District Court Judge
Date: June 7 , 2007