# United States Court of Appeals
## For the First Circuit

No. 07-1711

UNITED STATES

Appellee

v.

ANCELMO A. CASTILLO

Defendant - Appellant

**ORDER OF COURT**

Entered: August 29, 2007
Pursuant to 1st Cir. R. 27.0(d)

On June 7, 2007, the district court denied appellant's application to proceed on appeal in forma pauperis as non-compliant.

Attached to this order is appellant's compliant request to proceed on appeal in forma pauperis, with attached prison trust account information. This request is transmitted to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

Counsel's motion to withdraw is denied without prejudice to re-filing after the district court issues its ruling on appellant's financial status. Once in forma pauperis status is granted, a renewed request to withdraw as counsel and for appointment of new counsel under the Criminal Justice Act may be made.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: ____________________________
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: J. Calaid Date: 8/29/07

[certified copy: Hon. Ernest C. Torres and David DiMarzio, Clerk, United States District court for the District of Rhode Island]

[cc: Donald Lockhart, AUSA, John F. Cicilline, Esq.]