**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 06-69T

ANCELMO CASTILLO

**ORDER**

Ancelmo Castillo has filed, pro se, an application to proceed in forma pauperis in his appeal from the criminal judgment against him. Based on the supporting affidavit and prison account statement, this Court finds that Mr. Castillo is indigent.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Court Judge
Date: September 26, 2007