**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 06-069T

ANCELMO A. CASTILLO

**ORDER**

The motion by John F. Cicilline to withdraw from this case is denied on the ground that it should be addressed to the Court of Appeals which determines who represents a convicted defendant, on appeal.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Court Judge
Date: September 26 2007