**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **NO. 1:06CR00069-01T**

**ANCELMO A. CASTILLO**

**MOTION FOR LEAVE TO ACCESS**
**SEALED MATERIALS**

Now comes the defendant, through counsel, and hereby moves this Honorable Court for leave to access materials filed under seal in the above-referenced matter.

A memorandum of law in support of this motion is attached.

Respectfully Submitted,
Ancelmo A. Castillo,
By His Attorney,

/s/ Randy Olen, Esq.
Randy Olen, Esq.
Bar No. 4916
Olen Law Offices
55 Bradford Street
Suite 203
Providence, RI 02903
(401) 274-1400
(401) 274-2480 (fax)

**CERTIFICATION**

I hereby certify that on this 12th day of March, 2008, I delivered a true copy of the within Motion by electronic means to Donald C. Lockhart, Assistant U.S. Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ Randy Olen, Esq.
Randy Olen, Esq.
Bar No. 4916
Olen Law Offices
55 Bradford Street
Suite 203
Providence, RI 02903
(401) 274-1400
(401) 274-2480 (fax)