**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **NO. 1:06CR00069-01T**

**ANCELMO A. CASTILLO**

**MEMORANDUM IN SUPPORT OF MOTION FOR**
**LEAVE TO ACCESS SEALED MATERIALS**

Undersigned counsel has been appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, to represent the Defendant/Appellant, Ancelmo Castillo, in his appeal to the United States Court of Appeals for the First Circuit. The docket sheet indicates that transcribed portions of the transcript and certain documents were filed under seal.

Mr. Castillo respectfully moves that copies of all such sealed transcripts and other materials be made available to appellate counsel, as they will be necessary to the proper preparation of the appeal. Undersigned counsel avers that he will comply with any nondisclosure orders pertaining to the materials, will not share the materials with any unauthorized persons, and, if used in the appeal, will request that the materials be filed under seal prior to any actual filing in the Court of Appeals.

Counsel has conferred with Assistant United States Attorney, Donald Lockhart, who has no objection to this motion.

Respectfully Submitted,
Ancelmo A. Castillo,
By His Attorney,

/s/ Randy Olen, Esq.
Randy Olen, Esq.
Bar No. 4916
Olen Law Offices
55 Bradford Street
Suite 203
Providence, RI 02903
(401) 274-1400
(401) 274-2480 (fax)

**CERTIFICATION**

I hereby certify that on this 12th day of March, 2008, I delivered a true copy of the within Memorandum by electronic means to Donald C. Lockhart, Assistant United States Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ Randy Olen, Esq.
Randy Olen, Esq.
Bar No. 4916
Olen Law Offices
55 Bradford Street
Suite 203
Providence, RI 02903
(401) 274-1400
(401) 274-2480 (fax)