**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR-06-069T** |
| | : | |
| **ANCELMO A. CASTILLO** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO ACCESS SEALED MATERIALS**

The defendant, through counsel, moves for access to sealed materials in the above-captioned case. The government does not object to the defense counsel receiving access to sealed materials that relate to Defendant Ancelmo A. Castillo provided he abides by any restrictions upon disclosure of those materials; however, to the extent the defendant's motion seeks access to sealed materials relating to the co-defendant, the government does object.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008 a copy of the within "Government's Response to Defendant's Motion for Leave to Access Sealed Materials" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Randy Olen, Esq.
Olen Law Offices
55 Bradford Street
Suite 203
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov