**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 06-69T-T

ANCELMO A. CASTILLO

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO ACCESS SEALED MATERIALS**

The defendant's motion to access sealed materials is GRANTED with respect to those documents bearing Docket Nos. 43 and 44 which relate to Ancelmo A. Castillo and were ordered sealed on February 14, 2007.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: May 13, 2008